1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ANDREW C. BUCHANAN,

                Plaintiff,

vs.

COLLEGE INN HOTEL LLC,

                Defendant.

Case No.: 2:24-cv-00609-JHC

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

**NOTING DATE: May 29, 2024**

This matter comes before the Court on the parties' Stipulated Motion for

Extension of Time to Respond to Complaint. Dkt. # 4. The Court having reviewed the pleadings and considered the files and records herein.

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Respond to Complaint is GRANTED. Defendants' deadline to answer or otherwise respond to the Complaint is extended to June 29, 2024.

DATED this 30th day of May, 2024.

_____
JOHN H. CHUN
United States District Judge